FILED

2026 FEB -6  AM 10:21  rsm

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1. Audrey D. Tomerlin (Full Name)
2. dagmar888@gmail.com (Email Address)
3. PO Box 3325 (Address Line 1)
4. Santa Monica, CA 90408 (Address Line 2)
5. (619) 348-8421 (Phone Number)
6. Plaintiff in Pro Per

Physical address:
48750 Santa Ursula ST
La Quinta, CA 92253
(domestic-violence
therefore, displaced)
Not living here.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Audrey D. Tomerlin
PLAINTIFF,

vs.

ANGELINA Jolie (Fugitive)
PING PING Tu (ex-spouse)
The Estate, Donald G. Horner
(Honolulu, Hawaii)
The Estate of William Oliver Stone
(spouse)    DEFENDANT(S).
US/France

Case No.: 2:26-CV-01238-SPG-KESx
(To be supplied by the Clerk)

COMPLAINT FOR:
DEED FRAUD
Identity Theft — IRS
Financial impairment — Social Security
WiFi Fraud — injury
Fraud in Fed jx — Riverside 2017
Fake Arrest / prison condition  2018
                                2019
Jury Trial Demanded: ☒ Yes  ☐ No   2021
Bank Fraud

## I. JURISDICTION

1. This Court has jurisdiction under ① Widow's Benefits
42 U.S.C. § 402(e)  ② 18 U.S.C. § 1708 (mail theft)
③ 18 U.S.C. § 1028 (identity theft / Fraud)
④ 18 U.S.C. § 1343 (Wire Fraud)  ⑤ Massive (Grand) Car theft

1

Page Number

Revised: October 2023
Form Prepared by Public Counsel
© 2010, 2023 Public Counsel. All Rights Reserved.

## II. VENUE

2. Venue is proper pursuant to Federal jurisdiction (numerous FBI Reports); 1° defendant - Lives in Los Angeles Co. @ (Fugitive) in belief - Plaintiff resides in Los Angeles Co. 1° Fraud in Los Angeles County (DEED Fraud) $

## III. PARTIES

3. Plaintiff's name is AUDREY D. TOMEHLIN, Plaintiff resides at: Hotel due to non-stop maleficence & domestic violence.

4. Defendant ① Angelina Jolie, An indian Fugitive - Murder, BANK Fraud, Car theft, Art Theft

5. Defendant ② Ping Ping Tu, A Chinese indian Ex-Spouse div 06/2021 Attorney - Teresa Beyer private judge - L.A. Courts order 06/2025

2

Page Number

100/10

stolen money ↓

3. Defendant **The 'negative' Estate of Donald Gordon Horner, Uncle deceased Dec. 2025 (Riverside Co., CA) Bank of Hawaii + Trusts + other Resident - Honolulu, Hi  50+ yrs.**

(347.0)

4. Defendant **Matt Horner, 2nd cousin Honolulu, Hi son of Donald Horner A Hawaiian Indian**

(279.0)

5. Defendant **Luke Horner, 2nd cousin Honolulu, Hi son of Donald G. Horner (Hawaiian Indian)**

6. Defendant **Amy Ellen Ray, 60 y.o. unknown address; (Fugitive) murder Palm Springs, CA?  Bank fraud DEED theft / car theft Bank fraud; pornography Personal injury - 'shots' H.PV + Lupus**

WiFi - Road Injury 09/2025

3

Page Number

## IV. STATEMENT OF FACTS

7. Anne H. Bowling, witch
901 Comer St SW
Hartselle, AL 35640
45 yrs deception + theft of DEED
car theft Jan 2026

8. Lourdes Ciccone, daughter of 'Madonna'
DEED Theft (30 Million - assessed by FBI) Social Security Fraud
causing delay to 'Widow's Benefits
(impersonations)
Dir. of Social Security DEAD
befriended Angelina Jolie — in Fraud Scheme

9. unknown
① Plaintiff called a 'monkey' (in the computer) at Social Security Administration
② Plaintiff was 'wified'/scanned facial features changed to a 'monkey'
Dec. 2025 - Cathedral City, CA
③ Attempt to give Plaintiff 'monkey' DNA/virus in Oceanside, CA. with syringe
+ hotel break-in by Amy E. Ray Reservationist L.B.
Ind Hotel staff; Angelina Jolie

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Maleficence – Deception )
*insert title of cause of action*

(As against Defendant(s)): all defendants

2. DEED – WIRE Fraud / Theft
   all defendants

3. BANK Fraud / Identity Theft
   Anne H Bowling
   Angelina Jolie
   Estate of Donald Horner
   Matt Horner   Luke Horner

4. Mail theft / Satellite Theft
   Ping Piny Tu
   Angelina Jolie
   Anne H. Bowling — since 1983 – present

5

Page Number

## SECOND CAUSE OF ACTION

( Bank Fraud / Wire Fraud )
*insert title of cause of action*

(As against Defendant(s): all defendants )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

6

*Page Number*

**THIRD CAUSE OF ACTION**

( Social Security Fraud - WIDOW'S Benefits
*insert title of cause of action*

**(As against Defendant(s):** Lourdes Ciccone
Angelina Julie  Ping Ping Tu                    )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

7
___
*Page Number*

**FOURTH CAUSE OF ACTION** jail
( False Arrest / Illegal incarceration / rape )
*insert title of cause of action*
(As against Defendant(s): Riverside County, INDIANS )

(received 7 million personel injury AWArd, but mafia kept at USC (university)
*Insert ¶ #* never received —

Satellites x 12
*Insert ¶ #*
inherited from deceased Spouse William Oliver Stue. Account numbers given to 'mafia' including Anguline Julie (stolen) & Ex-spouse – Ping Ping Tu to 'harm the world'
TORRANCE – Court October 2025?
*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Donald Horner - Estate - ALL 100% None to Matthew Horner or Luke Horner - As they denied Judge Ito's Advice to ADR + now the judge is DEAD -

2. DEED U.S. Treasury check - 1.9 Billion which was intercepted 2x by Ex-Spouse Ping Ping Tu + Angelina Julie - (Stolen/theft)

3. Complete Estate of Deceased Spouse, William Oliver Stone, 9-15-1946 1 Billion + Cash 80 Billion + T U.S. Treasuries

12 satellites
12 castles
UTB - (set up by William H. Smith under 'DEED' - Hotel in Switzerland
Palm Springs, CA

Dated: Feb 6, 2026
Sign: AD Tumerl
Print Name: TUMERLIN, AUDREY D.

9

Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: Feb 6, 2026
Sign: _[signature]_
Print Name: Audrey D. Tomerlin

4831-5981-9291, v. 1

Explanation written and submitted by Plaintiff.   Privy and Deed Court -

Personal Injury – conjure met;

financial impairment; emotional abuse; brain espionage; medical violence, high art theft

Maleficence apparent. Perpetrators: Angelina Jolie, 50 (Am. Indian); Amy Ellen Ray, 60 (Am. Indian); Donald Gordon Horner, 75 Uncle (believed to be deceased) Hawaiian Indian, Ping Ping Tu, 76 (ex-spouse); Matthew Horner, 34 (cousin, son of Donald Horner); Luke Horner, 27 (cousin, son of Donald Horner); Anne H. Bowling, 81 (mother); Lourdes Ciccone (Madonna)s Estate

Injuries occurred while living in California.

Confidential filing – DOB 03-01-1965  Privy  -  Deed  - Maleficence

Defendants:

Angelina Jolie, 50 yo: contributed to death of my spouse, William Oliver Stone, heroin contamination in Maui, Hawaii, 08-17-2025. Was arrested by Honolulu Hawaii 5-0. There was a universal restraining order and recent police report (Hawaii) requiring her to stay away from him due to her maleficence, HIV, bipolar, and heroin addiction. She was arrested and admitted to a mental facility in China, June and July 2025 due to bipolar outbursts, theft, and spitting on Plaintiff. Angelina Jolie murdered spouse, daughter of Plaintiff; and paid others to murder the Director of Social Security Administration, an older African American gentleman, whom approved Plaintiff's widow benefits, at Privy – (double the income of spouse).

Plaintiff was recognized as Privy per her DEED – and character at age 21. However, Plaintiff's mother, Anne H Bowling, witch by law, concealed Plaintiff's wealth, status, and DEED with the help of her lover William H Smith (numerous psuedonyms, George Bush, B. Obama, and Angelina Jolie) over the years. Mail theft, impersonations, espionage, and other tatics were used - FBI report February 2025 released after 8 month investigation. 58 billion after capsizing was accumulated on Plaintiff's DEED and the state of New Mexico was penalized for two years due to the chronic cover up and bad apples working in the Assessor's office.

In September 2025, following the death of spouse, Plaintiff was severely targeted, medically abused with needles and break in, and more mail theft, which included 3 different mail boxes and a 1.9 billion dollar check which her attorney, Benjamin Pecar (Indiana) administered.

Law enforcement involved. Mail theft by ex-spouse Ping Ping Tu and Angelina Jolie.

Angelina Jolie and other American Indian women, including Amy Ellen Ray, 60 yo stole millions of dollars out of Plaintiff's account, red-handed in Beverly Hills, electronically-transferred from her personal bank accounts, US Treasury accounts, and deceased spouse's accounts the day they murdered him.

Theft from Plaintiff:

1.9 billion dollar check from US Treasury

Millions illegally transferred from William Oliver Stone's account, day before and after murder.

Theft of tax records, three boxes ordered by Plaintiff as they concerned her spouse's accounts, personal taxes and corporate affairs The Box Co. and The Boring Co, El Segundo, CA

Satellite technology and 12 satellites for personal use, which Plaintiff paid for with her DEED cash over the years.

Satellites, voice mail, email, main frames accessed by Angelina Jolie hired with stolen money rogue engineers.

Daughter, Elizabeth believed to be dead at age 18, by Angelina Jolie, and William and Kate – by 'cronyism' – due to her giftedness of story book telling and published works at the tender age of 17 and 18 and her proliferation of a Privy lawsuit on Plaintiff's behalf in Boston – following the death of her father in Hawaii.

Theft of Cadillac Escalade – by Anne H Bowling, Amy E Ray and Angelina Jolie – not returned.

Theft of Rocket, placed and paid for by Plaintiff – and spouse, returned????

Theft of water neuse , vandalized in Santa Fe, NM by Angelina Jolie, Amy E Ray , both mass murderers of family members and children and security employees.

Fraud and murder at Social Security Administration, Puerto Rican, Lourdes Ciccone, abandoned her children ,like her mother, Madonna – in an attempt to block Plaintiff from applying for widow's benefits – went so far as to impersonate employees (Long Beach, CA) arrests made, delete Plaintiff's existence and Spouse's existence from the Social Security system. 4 months later, Plaintiff is still without benefits due to the interference and arrests due to the massive mail fraud and satellite tampering.

Theft – more cars, Art Collection of Rembrandts, O'Keefe, Monet, Manet, Turner and Vermeer, Picasso x 2. The O'Keefe was given to Plaintiff by the artist herself, with a note on the back congratulating her for finding gold on her land early – at 17. The Vermeer was a gift from Plaintiff's spouse, William Oliver Stone, and purchased from another 'copper billionaire' who had it on loan at LACMA for 10 years. The Rembrandts x 3 were given to Plaintiff by former Richard M Nixon, DEED signee, who left them in a temperature controlled box, excavated by Mr. Stone in 2015 at Plaintiff's residence in La Quinta Golf Estates, the former golf home of the late president.

Massive cash stolen by Angelina Jolie, Brad Pitt (deceased or in hiding), and given to the criminal Indian group – to stalk, terrorize, and medically injure Plaintiff and her son, teen.

Theft – from the Vatican – Plaintiff's 19th C wedding dress, which was stolen by Jolie, shredded by Shylo Pitt and an order to prison, 1 year in Italy was issued.

Theft – large, oil portrait of Plaintiff wearing the exquisite dress was stolen by Jolie in Germany, Sept 2025 and destroyed by a disabled young girl. Another portrait of Plaintiff was stolen from the home of a Billionaire who hired private security to guard it in Massachusetts, and Jolie hired someone to kill him, shot to the neck, and the 2nd portrait was stolen.

Theft – priceless diamond earring 2 x. Gift from a Fayetteville Indian – to Plaintiff – stolen from spouse's suitcase, police report in Hawaii. Shylo Pitt, crushed them and swallowed them and poo-pooed them out on Youtube. A professed lesbian who broke into Plaintiff's hotel recently and touched her, with HIV, and had her girlfriends stalk her.

Theft – The DEED – littered on the road, kept in Switzerland for 40 years untouched, privy script. Jolie ripped the Deed in 2000 from a car on the freeway in front of Plaintiff, making fun of her, then did it again last week in Palm Desert, CA.

Theft – ~~(from)~~ this country     'anew'

Down Syndrome – given to teenage son.   11/2024  &  12/2025

Jolie Pitt's twins (1 murdered in half by a Japanese warrior for murdering 3 Japanese children in Los Angeles )

Jolie murdered 7 children on film sets in China – and again in Chicago all on bicycles.

Jolie and Jamie Topping – used personal bank card of Plaintiff for hotel stays and food PNC Bank, totaling approx.. 1400.  Then made fun of it in person in the branch in Oceanside, CA.

Amy Ellen Ray, Indian from Whiteville, NC, 60; college acquaintance of Plaintiff took nude video of Plaintiff on a cruise and gave it to William H Smith for payments. She stole 2 cars from Plaintiff and damaged/vandalized 3 others, BMW, Mercedes station wagon, and a rental car from Enterprise. Amy E Ray, stole 30 million dollars from Plaintiff's DEED account and gave her at least 3 HPV shots and likely lupus shots which she gave to Bill Gates son and killed him, recently.

Identity theft forms were submitted to the IRS, FBI reports of espionage, murder, invasion of privacy, and severe child abuse made, recently.   2021, 2023, 2024, 2025

AT Will

2/3/2026